

COM.

v.

**REAL, F.**

**2514 EDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–51–CR–0207721–2004 (Philadelphia)

Affirmed

A.M.H.

v.

**M.D.T.**

**185 EDA 2017**

Superior Court of Pennsylvania.

07/07/2017

2010–28682 (Montgomery)

Affirmed

**COULTER, J.**

v.

**FORREST, T.**

**779 MDA 2016**

Superior Court of Pennsylvania.

07/07/2017

2013–CV–4721–CV

(Dauphin)

Affirmed

COM.

v.

**AUSTIN, M.**

**916 MDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–22–CR–0000398–2004, CP–22–CR–0003099–2004

(Dauphin)

Appeal Dismissed

COM.

v.

**ROBLES, S.**

**1521 MDA 2016**

Superior Court of Pennsylvania.

07/07/2017

CP–06–CR–0003806–2008 (Berks)

Affirmed

